# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129279

SHEILA BEAUCHAMP, GARTH BEAUCHAMP,
ROGER BEYER, KAREN BEYER, BARBARA
BISWABIC, KENNETH BISWABIC, MICHAEL
CAHILL, CENTRAL SUPER MARKET, INC.,
NANCY L. CHERESKIN, JEFFREY CHURCH,
LORI COX, JOHN COX, GENE DAVIS, KAREN
FREDRICKSON, DOUGLAS FREDRICKSON,
LINDA GRANQUIST, JANET GUDE, PAUL
GUDE, DEBRA HELGREN, KENNETH
HELGREN, SHARI JULIAN, ALLAN JULIAN,
GINA KOSKI, LORI MACHUS, JAMES
MACHUS, MACHUS RENTALS PARTNERSHIP,
ORA MARTIN, WILLIAM MARTIN, MARY
MARTINUCCI, EUGENE MARTINUCCI,
STEPHANIE MARTINUCCI, MARK
MARTINUCCI, DENISE MORELLI, JILL
NEKHAY, JOHN NEKHAY, DONALD OKLER,
SANDRA ORCHARD, STEVEN ORCHARD,
SHIRLEY PEARSON, ALLAN PEARSON, JIM
PETERSON, LAVERNE QUICK, LEROY QUICK,
MICHAEL QUICK, MARJORIE SCHIAVO,
EUGENE SCHIAVO, DONNA SLEETER, SHARI
SLEETER, DEBORAH SLEIK, DENNIS SLEIK,
LYNN SORCE, JOSEPH SORCE, CAROL
SORENSON, STEPHEN SORENSON, NICOLE
STANCHINA, SCOTT STANCHINA, CAROL
TOBEY, ALBERT TOBEY, VICKIE
VANLAANEN, JOSEPH VANLAANEN,
JUANITA WEBER, JAMES WEBER, NORA
WEINFURTER, and ROBERT WEINFURTER,
                    Plaintiffs-Appellants,

v                                    SC: 129279
                                     COA: 256175
                                     Dickinson CC: 02-012608-CE

FORD MOTOR COMPANY and KINGSFORD
PRODUCTS COMPANY,
　　　　　　　Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006 _____　　　_____

t0315 　　　　　　　　　　　　　　　　　　　　　Clerk